**UNITED STATES of America,**
**Appellee,**

v.

**Bruce A. MALADY, Appellant.**

**No. 03–3366.**

United States Court of Appeals,
Eighth Circuit.

Submitted Feb. 10, 2004.

Decided March 23, 2004.

Thomas Christian Albus, U.S. Attorney's Office, St. Louis, MO, for Plaintiff–Appellee.

Brian S. Witherspoon, Federal Public Defender's Office, St. Louis, MO, Bruce A. Malady, Federal Correctional Institution, Forrest City, AR, for Defendant–Appellant.

Before LOKEN, Chief Judge, BOWMAN, and WOLLMAN, Circuit Judges.

PER CURIAM.

Subject to this appeal of the district court's[1] denial of his motion to suppress evidence, Bruce Malady pleaded guilty to possessing psuedoephedrine with the intent to manufacture methamphetamine. Malady argues on appeal that the search of his home and vehicles was unlawful because the officers accompanied a Family Services worker "simply as a subterfuge," and that he would not have otherwise admitted them into his home. Having reviewed the matter in accordance with the standard set forth in *United States v. Allen*, 297 F.3d 790, 794 (8th Cir.2002) (factual findings for clear error; ultimate question of constitutional violation de novo), we agree with the district court that the search was consensual and that Malady's statements were voluntarily made. Affirmed. *See* 8th Cir. R. 47B.

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.